No. 397, Misc. TATE *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied.

No. 394, Misc. HOUSE *v.* HIATT, WARDEN;
No. 412, Misc. PULLINS *v.* ALVIS, WARDEN, ET AL.;
No. 421, Misc. THOMPSON *v.* ROBINSON, WARDEN; and
No. 428, Misc. BURKHOLDER *v.* ARIZONA. Motions for leave to file petitions for writs of habeas corpus denied.

No. 419, Misc. BYERS *v.* FEDERAL BAR ASSOCIATION; and
No. 429, Misc. IN RE KING. Applications denied.

No. 645. GULF RESEARCH & DEVELOPMENT CO. ET AL. *v.* LEAHY, U. S. DISTRICT JUDGE, ET AL. C. A. 3d Cir. Certiorari granted. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Leonard S. Lyon* and *Thomas Cooch* for petitioners. *Worthington Campbell, E. Ennalls Berl* and *Mark N. Donohue* for respondents.

No. 646. CARDOX CORPORATION *v.* C-O-TWO FIRE EQUIPMENT CO. C. A. 7th Cir. Certiorari granted. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *George I. Haight, Andrew J. Dallstream* and *Fredric H. Stafford* for petitioner. *R. Morton Adams, Irving Herriott* and *Edward T. Connors* for respondent.